UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANDERSON, | No. 2:14-cv-0011 CKD P |
| Plaintiff, | |
| v. | ORDER |
| McINTRNY, et al., | |
| Defendants. | |

By an order filed January 7, 2014, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The Clerk of Court sent plaintiff a new Application to Proceed in Forma Pauperis by a Prisoner.

On January 16, 2014, along with a motion to appoint counsel, plaintiff submitted a copy of his inmate trust account statement. (ECF No. 5 at 4.) However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. Nor has plaintiff filed an in forma pauperis affidavit. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

/////

/////

1 | In accordance with the above, IT IS HEREBY ORDERED that:

2 | 1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: February 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / ande0011.3c